76,389-08

Anthony Norman
# 1718784) WYNNE
810 Fm 2821
Humsville, TX 77349

Abel Acosta
Clerk of Court
Texas Court of Criminal Appeals

P.O. Box 12308
Austin, TX 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 13 2016

Abel Acosta, Clerk

06/03/2016

Re: WR-76,389-08

Dear Mr. Acosta,

I received your NOTICE of May 25, 2016 today alleging:

" Your application for ~~original~~ writ of habeas corpus has been received on 4/23/2015. The status is: DENIED WITHOUT WRITTEN ORDER ON THE FINDINGS OF THE TRIAL COURT WITHOUT A HEARING on 8/19/2015. "

I have said it before, and I am going to keep saying it. You are NOT a Judge, and have not been sworn in. It is your duty as the Clerk of the Court to present the writ for an ACTUAL RULING pursuant to T.R.A.P. Rules 77.1 and 77.2. Until that happens this case is STILL PENDING. I am entitled to a WRITTEN DECISION by LAW T.C.C.P Article 11.07. Your post card does not meet the requirements of the LAW, and neither does your NOTICE. Please present my Writ to the Court. I understand the Court is busy, but that is NO EXCUSE to BLOCK my use of the Court, or a fair hearing. I am INNOCENT. Thank you.

Anthony

cc: ~~John~~ Senator John Whitmire